UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 2:95-cr-4-FtM-29DNF

VICKI LOPEZ-LUKIS

## NOTICE OF WITHDRAWAL

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney Linda Julin McNamara in the above-styled cause.

The government is represented in this matter by Douglas Molloy.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:   *s/ Linda Julin McNamara*
      LINDA JULIN MCNAMARA
      Assistant United States Attorney
      Florida Bar No. 0714887
      400 North Tampa Street, Suite 3200
      Tampa, Florida  33602
      Telephone:   (813) 274-6000
      Facsimile:    (813) 274-6102
      E-mail: linda.mcnamara@usdoj.gov

U.S. v. VICKI LOPEZ-LUCAS				Case No. 2:95-cr-4-Ftm-29DNF

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jose Lopez, III

*s/ Linda Julin McNamara*
LINDA JULIN MCNAMARA
Assistant United States Attorney
Florida Bar No. 0714887
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6102
E-mail:  linda.mcnamara@usdoj.gov