UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                                2:95-cr-4-FtM-29DNF

VICKIE LOPEZ-LUKIS
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's Petition for Writ of Error Coram Nobis (Doc. #282) filed on January 31, 2011. The United States filed a Response (Doc. #283) on February 3, 2011, in which it does not oppose the requested relief.

In 1997, defendant was convicted by a jury of one count of mail fraud based upon an honest services theory of prosecution which the United States concedes did not involve bribery or kickbacks.  The parties agree that several decisions by the United States Supreme Court in 2010 hold there is no federal criminal offense for mail fraud under an honest services theory unless the prosecution proves bribery or kickbacks.  Skilling v. United States, 130 S. Ct. 2896 (2010); Black v. United States, 130 S. Ct. 2963 (2010); Weyhrauch v. United States, 130 S. Ct. 2971 (2010). The government concedes that these decisions apply retroactively to defendant (Doc. #283, p. 3).  Because the conduct for which defendant was convicted is not proscribed by the statute she was convicted of violating, a writ of *coram nobis* is appropriate.

<u>United States v. Peter</u>, 310 F.3d 709 (11th Cir. 2002).  Therefore, defendant's conviction must be vacated.

Accordingly, it is now

**ORDERED**:

1.  Defendant Vicki Lopez-Lukis's Petition for Writ of Error Coram Nobis (Doc. #282) is **GRANTED.**

2.  The Judgment in a Criminal Case (Doc. #235) is **VACATED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of February, 2011.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record